UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREGORY ANTONIO WRIGHT,

                Plaintiff,

v.

MELINDA TUGGLE,

                Defendant.

Case No. C19-115 RSM

ORDER DENYING PLAINTIFF'S MOTION FOR INJUNCTION

The Court, having reviewed Plaintiff's complaint, Plaintiff's motion for injunction, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, Plaintiff's Objections, Plaintiff's procedurally improper and untimely additional filing, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Plaintiff's Motion for Injunction (Dkt. # 8) is DENIED.

(3) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendant, and to Judge Peterson.

DATED this 6th day of June 2019.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING PLAINTIFF'S
MOTION FOR INJUNCTION - 1