UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY ANTONIO WRIGHT, <br><br> Plaintiff, <br><br> v. <br><br> MELINDA TUGGLE, <br><br> Defendant. | Case No. C19-115-RSM-MLP <br><br> REPORT AND RECOMMENDATION |

On January 24, 2019, Plaintiff Gregory Wright submitted to the Court for filing a civil rights complaint under 42 U.S.C. § 1983 and an application to proceed with this action *in forma pauperis*. (Dkt. # 1.) Plaintiff alleged in his complaint that Defendant Melinda Tuggle, a mailroom employee at the Monroe Correctional Complex, consistently and improperly rejected his incoming and outgoing mail. (Dkt. # 7 at 3.) Plaintiff asked that Ms. Tuggle be demoted and that he be awarded damages for emotional pain and suffering. (*Id*. at 4.)

On February 26, 2019, after Plaintiff had corrected a deficiency in his application to proceed *in forma pauperis*, this Court granted Plaintiff leave to proceed *in forma pauperis* and his complaint was filed. (Dkt. ## 6, 7.) On the same date, this Court issued an Order directing service of the complaint on Defendant. (Dkt. # 9.) Defendant filed a timely answer to the

REPORT AND RECOMMENDATION
PAGE - 1

complaint on April 29, 2019, and on June 5, 2019, this Court issued a Pretrial Scheduling Order establishing deadlines for discovery and for the filing of dispositive motions. (Dkt. ## 16, 20.)

On July 8, 2019, Plaintiff filed a motion seeking to dismiss this action. (Dkt. # 22.) He indicates therein that he has no interest in pursuing this case, that he has "resolved the matter by means of a different outlet," and that he wishes for the case against Ms. Tuggle to be dropped. (*Id.*) Defendant filed a response to Plaintiff's motion in which she indicates she does not object to Plaintiff's motion to voluntarily dismiss his claims, so long as the dismissal is with prejudice. (Dkt. # 23.) As it appears that Plaintiff has resolved the issues which gave rise to this action, the Court deems a dismissal with prejudice appropriate. This Court therefore recommends that Plaintiff's motion to dismiss be granted and that Plaintiff's complaint and this action be dismissed with prejudice. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **twenty-one (21)** days after the filing of this Report and Recommendation. Objections, and any response, shall not exceed three pages. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar **fourteen (14)** days after they are served and filed. Responses to objections, if any, shall be filed no later than **fourteen (14)** days after service and filing of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on the date that objections were due.

DATED this 11th day of July, 2019.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2