UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREGORY ANTONIO WRIGHT,

           Plaintiff,

  v.

MELINDA TUGGLE,

           Defendant.

Case No. C19-115 RSM

ORDER DISMISSING CIVIL RIGHTS ACTION

The Court, having reviewed Plaintiff's complaint, Plaintiff's motion to dismiss, Defendant's response to Plaintiff's motion to dismiss, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

    (1)    The Report and Recommendation is approved and adopted.

    (2)    Plaintiff's motion to dismiss (Dkt. # 22) is GRANTED.

    (3)    Plaintiff's complaint (Dkt. # 7) and this action are DISMISSED with prejudice.

//

//

//

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1

(4) The Clerk shall send copies of this Order to Plaintiff, to counsel for Defendant, and to the Honorable Michelle L. Peterson.

DATED this 1st day of August 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CIVIL
RIGHTS ACTION - 2